UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYLVIA RAMIREZ RENDEROS (A-Number: 092-570-866),

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No.  1:26-cv-3321-DC-JDP

ORDER

Petitioner, an immigration detainee who is representing herself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner also has filed a motion for the appointment of counsel.  ECF No. 3.  Petitioner's motion for the appointment of counsel, ECF No. 3, will be granted.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice.*

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's motion for appointment of counsel, ECF No. 3, is GRANTED.

2.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

3.  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.  Within seven days of petitioner's counsel appearing, petitioner shall file either (1) an amended petition or (2) a traverse in support of the petition at ECF No. 1.

IT IS SO ORDERED.

Dated:    May 12, 2026                                      _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE

2